08/26/2011 10:12:36 AM

Page 1 of 1

# STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE   DELIVERY DATE 08/29/2011  9:00

| DATE SHIPPED | BOL NO. | ORDER NO. | COST CODING |
|---|---|---|---|
| 08/26/2011 | 20992 | 191295 | Sales 500600.000 |

| CARRIER | TRUCK ID | | TRAILER/PRO NO. |
|---|---|---|---|
| SCHILLI TRANSPORTATION SE | SLPN19129503081811 | | 7006 |

**CONSIGNEE (TO)**
ARCHITECTURAL CONTRACTORS INC.
ARKANSAS MISSOURI RAILROAD
306 E. EMMA
SPRINGDALE, AR 72764, US

CONTACT (For carrier use only) See Delivery Failure Notice Below
PARRISH, JACK
Phone: (479) 756-3547 OR 479-879-5976

**SHIPPER (FROM)**
BlueScope Buildings North America
ST JOSEPH - MIDWEST REGION
2250 Lower Lake Rd
ST. JOSEPH, MO 64504, US

Contact: Doug Morlock
Phone: 816-238-7550

**THIRD PARTY**
BLUESCOPE BUILDINGS NA, INC. C/O CTSI
5100 POPLAR AVE
MEMPHIS, TN 38137, US
Phone: (901) 766-1500

C.O.D AMOUNT

C.O.D. Payment Method
☐ Company Check
☐ Cashier's Check

C.O.D Charges to be paid by
☐ Shipper
☐ Consignee
☐ Other

REMIT C.O.D. TO

**FRAMES**

**PACKAGES**

**PICTURES**

**FREIGHT CHARGES**
PREPAID

| No. Pkgs | Hzd Mtl | Pkg Type | Description | NMFC Code | Weight | Class or Rate |
|---|---|---|---|---|---|---|
| 1 | | TKL | HOUSES OR BUILDINGS, NOI, OR FLOOR, ROOF OR WALL PANELS OR SECTIONS, NOI, METAL OR WOOD. | 038470 SUB 3 | | 85 |
| | | | 191295  11-13564 OE1 | | 42,181 | |
| | | | 637415  11-13564 JA1 | | 281 | |

For emergency response information, contact Infotrac @ 800-535-5053 (Contract #89619)

Total Wt:  42,462

NOTES: DELIVER 08/29/11 @ 9:00    LOAD 3 OF 6
    191295  11-13564 OE1
    637415  11-13564 JA1

**DETENTION NOTICE**
Upon arrival and check in with consignee, carrier agrees to allow for 2 hours of detention free of charge. If detention requires more than 2 hours, carrier should notify SHIPPER of delay immediately. If detention occurs, charges may be applied by carrier based on the agreed to rate between the carrier and payor. The consignee will be responsible for payment of these detention charges if they are responsible for the delay in unloading the carrier's equipment. Based on terms of the BOL, carrier will invoice detention to payor of freight charges.

**DELIVERY FAILURE NOTICE**
If "Delivery Time" is provided in top right corner of BOL, then a delivery appointment has been preset with Consignee. Failure to make delivery date and time assignments may result in delay, loss or damage to goods, construction delays and unnecessary labor and equipment costs. Therefore, upon late delivery identification, carrier must call SHIPPER (first) and CONSIGNEE (if shipper instructs to do so) to make alternate delivery/unloading arrangements. Failure to call can result in delayed unloading and chargebacks for crane time and manhours.

*** As a prerequisite to payment, carrier must return a copy of this bill of lading with the freight bill ***

| SHIPPER CERTIFICATION | CARRIER CERTIFICATION |
|---|---|
| This is to certify that the above named materials are properly classified, described, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Per _____ Date _____ | Package Numbers: _____
Per _____ Date _____ |

EXHIBIT A