**BASSETT LAW FIRM LLP**
ATTORNEYS AT LAW
P.O. Box 3618
FAYETTEVILLE, ARKANSAS 72702-3618

W.W. "BILL" BASSETT (1926-2006)
WOODY BASSETT
TOD C. BASSETT
WM. ROBERT STILL, JR. +
WALKER DALE GARRETT +
CURTIS L. NEBBEN
EARL BUDDY CHADICK
GARY V. WEEKS +
J. DAVID WALL* + (1957-2006)
VINCENT O. CHADICK °
JAMES M. GRAVES °+
SCOTT E. WRAY °
SHANNON L. FANT °
PAUL E. THOMPSON, JR.+
DALE W. BROWN
AMANDA R. MOORE+
K.C. DUPPS TUCKER+
JOEL L. FARTHING
GRACE K. JOHNSON +
JOHN WILL MURRY
KRISTY E. BOEHLER+ +

221 NORTH COLLEGE AVENUE

TELEPHONE (479) 521-9996
FACSIMILE (479) 521-9600
www.bassettlawfirm.com

° ALSO LICENSED
IN OKLAHOMA

+ ALSO LICENSED
IN MISSOURI

◊ L.L.M.

May 24, 2013

Schilli Transportation Services, Inc.
6358 U.S. 24 West
Remington, IN 47977

RE:  Architectural Contractors, Inc. Claim for damages
     Claim # 1776685

Dear Claims Division:

The Bassett Law Firm has been retained by Cincinnati Insurance Company ("Cincinnati") to enforce its subrogation rights to reimbursement for payment of damages incurred by its insured, Architectural Contractors, Inc. In 2011, Architectural Contractors, Inc. ("ACI") placed an order (Bldr Order # 191295 11-13564 OE1) with Varco Pruden Buildings ("Varco"), a division of BlueScope Buildings of North America ("BlueScope") for building materials for a construction project located in Springdale, Arkansas. On or about August 18, 2011, BlueScope Buildings, brokered the shipping arrangements for transportation of the ordered building materials from the BlueScope plant in St. Joseph, Missouri, to the construction site in Springdale, Arkansas.

Schilli Transportation SE was one of the contracted carriers for the shipment. When the shipment arrived at the construction site on or about August 29, 2011, some of the ordered materials, specifically 52 metal wall panels, were damaged. The shipment was loaded on Schilli Truck ID # SLPN19129501081811, Trailer No. 48835, BOL No. 20989. Upon inspection of the materials, the driver was notified of the damages immediately and pictures were taken of the damaged materials. A Varco representative was contacted regarding the damaged materials and ACI's rejection of those materials, but denied any responsibility for the damage, claiming the load was damaged during transport due to carrier error. Varco presented photographs of the shipment prior to transport showing the shipment was undamaged and loaded properly. A representative from Schilli was contacted regarding the damaged freight, but also denied responsibility claiming Varco improperly loaded the materials and therefore caused the damage.



EXHIBIT C

ACI suffered losses due to the damaged materials. Due to Schilli's improper denial of responsibility, Cincinnati settled with its insured, ACI, for an amount of $15,609.07.

The purpose of this letter is to restate Cincinnati's demand for reimbursement from Schilli Transportation for damages suffered by Cincinnati's insured, ACI, due to the negligence of Schilli Transportation, and/or its agents or representative. Based on the foregoing, Cincinnati hereby demands payment of $15,609.07 in reimbursement for the damages to the building materials which were damaged during transport by Schilli Transportation on or about August 26-29, 2011.

If you have any questions or requests for additional information, please do not hesitate to contact me. Otherwise, please remit payment to the Bassett Law Firm LLP at the address above. Thank you for your assistance and attention to this matter.

Sincerely,

BASSETT LAW FIRM LLP

Grace Johnson